1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | S.W. NO. 2:12-SW-0085 EFB |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02520-40113, HELD IN THE NAME OF DEBORAH A. BARNES AND DIVISIDERO 99 CENT PLUS STORE, | ORDER RE: REQUEST TO SEAL DOCUMENTS |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02690-71631, HELD IN THE NAME OF DIVISIDERO 99 CENT PLUS STORE, | |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02527-74822, HELD IN THE NAME OF DEBORAH A. BARNES AND DIVISIDERO 99 CENT PLUS STORE, | |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02525-43591, HELD IN THE NAME OF HERMAN KEESE, JR., | |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 38101854-4882, HELD IN THE NAME OF HERMAN KEESE AND DEBORAH BARNES, | |
| 2008 CHEVROLET TOW TRUCK, VIN: 1GBE5C1908F412857, SOUTH CAROLINA LICENSE PLATE NUMBER: P400671, | |

```
 1 | 2008 GMC TOW TRUCK,                      )
   | VIN: 1GDE5C1918F409165,                  )
 2 | SOUTH CAROLINA LICENSE PLATE             )
   | NUMBER: P406276,                         )
 3 |                                          )
   | 2008 HARLEY DAVIDSON MOTORCYCLE,         )
 4 | VIN: 1HD1FC4378Y636113,                  )
   | CALIFORNIA LICENSE PLATE                 )
 5 | NUMBER: 19N5809,                         )
   |                                          )
 6 | 2011 HARLEY DAVIDSON MOTORCYCLE,         )
   | VIN: 1HD1KH418BB658493,                  )
 7 | SOUTH CAROLINA LICENSE PLATE             )
   | NUMBER: ZC37745,                         )
 8 |                                          )
   | 2006 DODGE RAM TRUCK,                    )
 9 | VIN: 3D7MX48C36G147958,                  )
   | SOUTH CAROLINA LICENSE PLATE             )
10 | NUMBER: HAS984,                          )
   |                                          )
11 | 2007 CHEVROLET CORVETTE,                 )
   | VIN: 1G1YY36UX75113970,                  )
12 | SOUTH CAROLINA LICENSE PLATE             )
   | NUMBER: FPD572,                          )
13 |                                          )
   | 2005 INFINITI G35,                       )
14 | VIN: JNKCV54E65M420670,                  )
   | CALIFORNIA LICENSE PLATE                 )
15 | NUMBER: 5YUF420,                         )
   |                                          )
16 | 1998 FORD EXPEDITION,                    )
   | VIN: 1FMRU1765WLC31944,                  )
17 | CALIFORNIA LICENSE PLATE                 )
   | NUMBER: 4ZUV568,                         )
18 |                                          )
   |          Defendants                      )
19 |_____)
```

20    Upon application of the United States of America and good
21 cause having been shown,
22    IT IS HEREBY ORDERED that the seizure warrant and seizure
23 warrant affidavit underlying the seizure warrant in the above-
24 captioned proceeding shall be filed under seal and shall not be
25 disclosed to any person unless otherwise ordered by this Court,
26 ///
27 ///
28 ///

2                             Order Re: Request to
                              Seal Documents

with the exception that a copy of the seizure warrant will be left at the scene of the seizure and with the account holder.

Date: 3-5-2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge