1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

**FILED**

JUN 1 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEIZURE OF:

12  ALL FUNDS MAINTAINED AT BANK OF
    AMERICA ACCOUNT NUMBER
13  02520-40113, HELD IN THE NAME OF
    DEBORAH A. BARNES AND DIVISIDERO
14  99 CENT PLUS STORE,

15  ALL FUNDS MAINTAINED AT BANK OF
    AMERICA ACCOUNT NUMBER
16  2690-71631, HELD IN THE NAME OF
    DIVISIDERO 99 CENT PLUS STORE,
17

18  ALL FUNDS MAINTAINED AT BANK OF
    AMERICA ACCOUNT NUMBER
19  02527-74822, HELD IN THE NAME OF
    DEBORAH A. BARNES AND DIVISIDERO
20  99 CENT PLUS STORE,

21  ALL FUNDS MAINTAINED AT BANK OF
    AMERICA ACCOUNT NUMBER
22  2525-43591, HELD IN THE NAME OF
    HERMAN KEESE, JR.,

23  ALL FUNDS MAINTAINED AT BANK OF
    AMERICA ACCOUNT NUMBER
24  38101854-4882, HELD IN THE NAME
    OF HERMAN KEESE AND DEBORAH
25  BARNES,

26

27

28

2:12-SW-00084-EFB
2:12-SW-00085-EFB
2:12-SW-00086-EFB
2:12-SW-00087-EFB
2:12-SW-00088-EFB
2:12-SW-00089-EFB
2:12-SW-00091-EFB
2:12-SW-00092-EFB
2:12-SW-00093-EFB
2:12-SW-00094-EFB
2:12-SW-00095-EFB
2:12-SW-00096-EFB

ORDER  RE:  REQUEST  TO
UNSEAL  SEIZURE  WARRANT
AND  SEIZURE  WARRANT
AFFIDAVIT

1                                      Order Re: Request to Unseal Documents

1

2  2008 CHEVROLET TOW TRUCK,
   VIN: 1GBE5C1908F412857, SOUTH
3  CAROLINA LICENSE PLATE NUMBER:
   P400671,

4
   2008 GMC TOW TRUCK,
5  VIN: 1GDE5C1918F409165, SOUTH
   CAROLINA LICENSE PLATE NUMBER:
6  P406276,

7  2008 HARLEY DAVIDSON MOTORCYCLE,
   VIN: 1HD1FC4378Y636113,
8  CALIFORNIA LICENSE PLATE NUMBER:
   19N5809,

9
   2011 HARLEY DAVIDSON MOTORCYCLE,
10 VIN: 1HD1KH418BB658493, SOUTH
   CAROLINA LICENSE PLATE NUMBER:
11 ZC37745,

12 2006 DODGE RAM TRUCK,
   VIN: 3D7MX48C36G147958, SOUTH
13 CAROLINA LICENSE PLATE NUMBER:
   HAS984,

14
                DEFENDANTS.
15

16

17         Upon application of the United States of America and good cause having been

18 shown,

19         IT IS HEREBY ORDERED that the seizure warrants and seizure warrant

20 affidavit in the above-captioned proceeding be and are hereby unsealed.

21 Date:  6/15/12

22                                          DALE A. DROZD
                                            United States Magistrate Judge
23

24

25

26

27

28

                        2                   Order Re: Request to Unseal Documents